UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUN 2 6 2008
Jun 26, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Detertoring Sanders
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Chicago Police Department

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV3661
JUDGE GOTTSCHALL
MAGISTRATE JUDGE ASHMAN

C
(To be supplied by the Clerk of this Court)

AT THE TIME I DON'T KNOW CASE #
CCDOC # 20060025039

CHECK ONE ONLY:

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 (a) U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

1

I. **Plaintiff(s):**

    A.  Name: Detertoring Sanders

    B.  List all aliases: _____

    C.  Prisoner identification number: 20060025039

    D.  Place of present confinement: 2700 S California

    E.  Address: Cook County Jail

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A.  Defendant: Chicago Police Department
        Title: Police Officer of 61st Racine
        Place of Employment: 61st Racine 7th District Police Station

    B.  Defendant: _____
        Title: _____
        Place of Employment: _____

    C.  Defendant: _____
        Title: _____
        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (X)   NO ( )   If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (X)   NO ( )

C. If your answer is **YES**:

1. What steps did you take?

   Not pleading guilty to the charges that I didn't commit to

2. What was the result?

   Beat the charges fr preliminary Hearing

3. If the grievance was not resolved to your satisfaction, did you appeal? NO

   What was the result (if there was no procedure for appeal, so state.)

   Me being Incarceration & on Home Monitoring to a case I didn't commit

D. If your answer is **NO**, explain why not:

   Because I didn't know how about going about Bogus police conduct until This Time I'm Tired

3

E. Is the grievance procedure now completed? YES (X)   NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (X)   NO ( )

G. If your answer is **YES**:

   1. What steps did you take?

   Seting on Home Monitoring for two weeks waiting on a Hearing The Judge Threw The Case out at 51st Wentworth Branch 48th

   2. What was the result?

   Dismiss The Case

H. If your answer is **NO**, explain why not:

   N/A

4

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state of federal Court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: _Manufactor & Delivey_

B. Approximate date of filing lawsuit: _05-29-08_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Detertoring Sanders_

D. List all defendants: _the Chicago police Department Officer 6137 Raciano_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _$20,000_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Case was Dismissed_

I. Approximate date of disposition: _April 10, 2006_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**V.   Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

About 2:00 A.M in the morning Chicago Police Department pull up on me while I was wait at the 61st & Ashland bus stop wait on the bus they planted a case on me while was on my way to work at Harmon's Motor Services located at 4340 W. Carroll Chicago, ILL, 60627 Because of this charge I stay at Cook County Jail for four days & four nights So they sent me on my home on House Arrest & I stayed there for appoxmely two weeks Then I went to court & @ the judge at Branch 48 at 51st & Wentworth Court release me & Dismiss the case. So I went home & took the House Arrest band off my leg later that day the Sheifer call my house and said I ~~escape~~ escaped & I told them my cases was dismiss so I said in the house intill the next morning Then they came in my home with guns & lock ~~me~~ me back-up

6

That Saturday Morning They Said if My paper work at The Cook County Saying I'm Release They will let me go I had to Spend Another three days in The county Jail They Release Me That Monday Morning.

VI. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

let House arresst Take off A-wall & Compensate me for false Imprisonment, Because I lost my Job Because Chicago, police Department

CERTIFICATION

By signing this Complaint, I certify that the facts in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  29  day of  May , 20 08

_Detertoring Sanders_
(Signature of plaintiff or plaintiffs)

DETERTORING SANDERS
(Print name)

2006-0025039
(I.D. Number)

6631 S Damen, 2700 S California Chicago, Illinois 60636, P.O. Box 089002 60608 Chicago, Illinois
(Address)

8