UNITED STATES DISTRICT COURT FOR THE
NORTHER DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

FILED
JUN 2 6 2008
Jun 26, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Detertoring Sanders
_____ Plaintiff

v.

Chicago, police Department
_____ Defendant(s)

Case Number _____
CCDoc# 20060025039

08CV3661
JUDGE GOTTSCHALL
MAGISTRATE JUDGE ASHMAN

Whenever ___ is included, please place an X into whichever box applies. Wherever the ___ ___ ___ provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Detertoring Sanders, declare that I am the ✓ plaintiff ___ petitioner ___ movant (other _____) in the above-entitled case. This affidavit constitutes my application to proceed without full prepayment of fees, or in support of my motion for appointment of counsel, or both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the compliant/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?       ✓ Yes       ___ No   (If "No", go to Question 2)
   I.D. # 2008-0003629   Name of prison or jail: _____
   Do you receive any payment from the institution?    ___ Yes    ✓ No   Monthly amount:_____

2. Are you currently employed?       ___ Yes       ✓ No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: 11-01-07
      Monthly salary or wages: 3,500.00 Monthly
      Name and address of last employer: ppef Transportion
      6836 W 63rd Summit, IL
   b. Are you married?       ___ Yes       ✓ No
      Spouse's monthly salary or wages: _____
      Names and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months, have you or anyone else living at the same address received more than $200 from and of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.
   a. Salary or wages       ___ Yes       ✓ No
      Amount _____       Received by _____

  b. ___ Business ___ Profession ___ Other self-employment   ___ Yes ✓ No
   Amount_____ Received by_____
  c. ___ Rent payments ___Interest ___Dividends      ___ Yes ✓ No
  d. ___ Pensions ___Social Security ___Annuities ___Life insurance ___ Disability
   ___ Workers' compensation ___Unemployment ___ Welfare ___ alimony or maintenance
   ___ child support              ___ Yes ✓ No
   Amount_____ Received by_____
  e. ___ Gifts ___ Inheritances           ___Yes ✓ No
   Amount_____ Received by_____
  f. ___ Any other sources (state source: _____ )  ___ Yes ✓ No

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts? ___ Yes ✓ No
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? ___ Yes ✓ No
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartment, condominiums, cooperatives, two-flats, three-flats, etc.)? ___ Yes ✓ No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ___ Yes ✓ No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you: GRAND MOTHER

8. List the persons who are dependent on you for support, state you relationship to each person and indicate how much you contribute monthly to their support. If none, check here ___ No dependents 2
DETERTORIAN DINK SANDERS JR , DEONDRE MARICE NORMAN
CHILD SUPPORT I PAY BY THE WEEK I BEEN INCARCENTION
THE LAST SIX MONTHS

2

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _05-29-08_    _Detertoring Sanders_
                    Signature of Applicant

                    _DETERTORING SANDERS_
                    Print Name

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate instutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account—prepared by each institution where you have been in custody during that six-month period—and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D. # _____, Has the sum of $_____ on account to his/her credit at (name of institution)_____. I furhter certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months, the applicant's average monthly deposit was $_____. (Add all deposits from all sources and then divide by number of months.)

Date                                            Signature of Authorized Officer

                                                Print Name

3




Managed Services
*Managed Better.*

**TRANSACTION REPORT**
Print Date: 06/04/2008

Inmate Name: SANDERS, DETERTORING          Balance:    $0.03
Inmate Number: 20080003629
Inmate DOB: 3/17/1976

| Stamp | Transaction | Amount | Balance |
|---|---|---|---|
| 05/22/2008 | ORDER DEBIT | -0.28 | 0.03 |
| 05/17/2008 | RETURN CREDIT | 0.17 | 0.31 |
| 05/15/2008 | ORDER DEBIT | -0.17 | 0.14 |
| 05/08/2008 | ORDER DEBIT | -30.01 | 0.31 |
| 05/07/2008 | CREDIT | 30.00 | 30.32 |
| 04/30/2008 | ORDER DEBIT | -9.69 | 0.32 |
| 04/24/2008 | ORDER DEBIT | -6.22 | 10.01 |
| 04/21/2008 | CREDIT | 10.00 | 16.23 |
| 04/16/2008 | ORDER DEBIT | -54.03 | 6.23 |
| 04/10/2008 | CREDIT | 30.00 | 60.26 |
| 04/08/2008 | CREDIT | 30.00 | 30.26 |
| 04/03/2008 | ORDER DEBIT | -9.96 | 0.26 |
| 03/27/2008 | CREDIT | 10.00 | 10.22 |
| 03/19/2008 | ORDER DEBIT | -27.90 | 0.22 |
| 03/13/2008 | CREDIT | 25.00 | 28.12 |
| 03/12/2008 | ORDER DEBIT | -57.00 | 3.12 |
| 03/11/2008 | CREDIT | 30.00 | 60.12 |
| 03/06/2008 | CREDIT | 30.00 | 30.12 |
| 02/27/2008 | ORDER DEBIT | -0.43 | 0.12 |
| 02/21/2008 | ORDER DEBIT | -24.53 | 0.55 |
| 02/08/2008 | CREDIT | 25.00 | 25.08 |
| 01/30/2008 | ORDER DEBIT | -0.78 | 0.08 |
| 01/23/2008 | ORDER DEBIT | -29.14 | 0.86 |
| 01/23/2008 | CREDIT | 30.00 | 30.00 |

© 2004 ARAMARK Corporation. All Rights Reserved