Date 08-01-08

**F I L E D**

08-CV-3661
&
08-CV-0318

11

AUG 7 2008
AUG 7, 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To Whom its concern

I Detertoring Sanders is a Prisoner At one of the States facitily, I'm writing in Regard to two of my civil cases which are case # 08cv3661, Judge gottschall, and 08-cv-03318, Judge Lindberg case number 08c3318 I toke a plea breng on it so I can get Home Soon So They gave me a 2 years Sentence on it and, told me i have 61Days to Do so I'm now in Vandalia correctional center, P.O. Box 500, Vandalia, Ill 62471 And the case i toke the plea on is case 08-cv-03318 which were theft, the other charge was found not guilt which were Case # 08-cv-3661 a manufactor of dellery of controll substance so now I going to End this letter hope to hear a Respone thank you

Respectfuely

Detertoring Sanders

PS I'll Be writing Again in 30 Days From to days date with parole infeomation My new Address will Be 6631 S. Damen, Chicago, Ill, 60636