

**FILED**

AUG 2 6 2008
AUG 26 2008
MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

DETERTORing SANDERS

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

CHicAgo police Department
polieecs

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

Case No: O8C 3661
(To be supplied by the <u>Clerk of this Court</u>)

Gottschall

Ashman

**CHECK ONE ONLY:**          **AMENDED COMPLAINT**

___✓___     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A.    Name: _DETERTORing  SANDERS_

B.    List all aliases: _N/A_

C.    Prisoner identification number: _B-58742_

D.    Place of present confinement: _Vandalia Correctional Center_

E.    Address: _P.O. Box 500_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _Police Officer_

Title: _Chicago police offiers_

Place of Employment: _61st Racine police Station_

B.    Defendant: _____

Title: _____

Place of Employment: _____

C.    Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                          Revised 9/2007

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: MaNufactoRing & DElveiRly of ContRoller SuBStances.

B.    Approximate date of filing lawsuit: 06-06-08

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: DeTeRToRing SaNNeRS

D.    List all defendants: CHicAgo PolicE DEpARtMENt

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): NoRtHEN OiStRict of Illimis, conk County

F.    Name of judge to whom case was assigned: JoaN B gottScHall The NoRtHEN District, 51st f wentwoeth BRANCH 48 couRt House

G.    Basic claim made: #2,323,000.00

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): CaSE waS OiSmiSSeD FiNeO No PRoBaBle CauSE To HoiD mE ANy longer

I.    Approximate date of disposition: MARcH of 2006

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

I WAS on my WAY to WORK At HARMON'S
MotoR SeRvice At 3:15 Am in the moRning I
WAS STAND on the Bus Stop At 62ND & ASHland
WAiting on A Bus. I Did SEE Alot of SquARE CAR
RAceing up & Down ASHLAND. All of A SEting two CARS
of officeR Jump out of theRE CARS & ARRestED ME
FOR ContRolleR SubStances & CHARgeD mE foR mAnfURctED &
DevelERy. They Took mE to The polices STAtion & Book mE
I SpenD two DAys ThERE. Then They Took mE TO Cook
County JAil FoR A BonD HEAR. I SAiD ThERE foR
fouR DAys They CAmE AnD gAvE mE Home NoniteRieR
foR ThREE weeks in Till i went TO pRimARilRy HEAR
TRiAl whERE The JuDge founD mE not guilty oF These
CHARges. So I went Home cut The Home MoniteRieR
BAnD. I wAS FREE The nExt NouRing The Cook County
SheiFF's CAmE out AnD put mE BACK into CustoDy foR
AnotheR two DAys ThAt monDAy At 10:00 A.M They

Revised 9/2007

ReleASE ME BAck. They FinNly got my paperwork
From 51st wentworth court House BRANCH 48. my JoB
Fired ME BEcause I couldn't get in touch with
Them BEcause Home Monitoreing was not Answer They
phones But The Judge Did Dismiss The charges
AGAinSt ME

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I lost my JoB BECAUSE of These false Allegation I want TO BE comPaSation foR This & I CAN Not geT HOME MoNticer BECAUSE of This. They Said I went A-wAll Aud I DiDN't go A-wAll My PapeR woRk DiDN't CAtcH up witH me BECAUSE They DiDN't SenD it To The county JAAl

**VI.    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO**

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __19__ day of __August__, 20 __08__

_Detertoring Sanders_
(Signature of plaintiff or plaintiffs)

OETERTORing SANDERS
(Print name)

B-58742
(I.D. Number)

VANDALiA CoRRectionAl Center
P.O. BOX 500
VANDALiA, ILLinois 62471
(Address)

Revised 9/2007

Case 1:08-cv-03661 Document 1 Filed 08/26/2008 Page 7 of 7

CSU1 #
08C3318

DATE
9-12-08
COMPLAINT #
08C60217501

I WAS At My gRANDMOTHER HOUSE At 6631 S DAMEN CHicago. Illinois 60636. AND Illinois Title treust COMPANy MAiL ME A Check FOR the AMOUNT of $8,800.00 SO i toke the Check A CURRENCY EXCHANGE At 71st & Western AND tell. teller veryFiED the FUNDS At The CURRENCY EXCHANGE. She CALLER the COMPANy Were the Check CAME FROM, ② SHE RAN the Check thru the FRAUD Alert MACHINE, ③ E-MAiL the MANAGER OF the CURRENCY EXCHANGE ④ RAN thru tele-check systems. A MONTH & 1/2 late SOME COMPANy Sent ME A Stating That i owe Them $9,622.00 that i HAD to pay them this MONEY. SO Next thing i Know two DetectiVE FROM 51st & wentworth police CAME to my gRAND MOTHER HOUSE StatEng i commit A theft & FORGERY ChARGE they put A waRRENT out FOR My ARRestEN & locked ME UP. So Now I SAt At the Cook County JAil FOR About 189 OAys waiting ON tRiAl July 8, 2008 AND only DetectiVE CRUZ, & the owNER OF the CURRENCY EXCHANGE ShoweD up FOR tRAil ONE OF the witness DiDN't Show Mp PUBLIC DefeNDER which is Authony RUFFER OF BRidgeVIEW COURT HOUSE tolD ME that iF i pleAD guilty that i will HAVE A ENough time in to BE RelEASE FROM StateVille pentitary but i FiND out that i Still HAVE TO Do 61 DAys SO Now I'll BE HOME ON Sept 12, 2008

Detetrain Sawder